**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1407**

———————

CLIFFORD B. MEE,

Plaintiff - Appellant,

versus

SAMUEL HUBBARD, Officer; CLIFFORD VAN HOUSEN;
JOYCE SMITH; BOARD OF EDUCATION OF ANNE
ARUNDEL COUNTY, a body corporated and politic,

Defendants - Appellees,

and

MSDM INCORPORATED, t/a Maryland Championship
Wrestling Promotion,

Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-02-
1750-MJG)

———————

Submitted: September 30, 2003      Decided: October 7, 2003

———————

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Terrell N. Roberts, III, ROBERTS & WOOD, Riverdale, Maryland, for Appellant.  Hamilton F. Tyler, Senior Assistant County Attorney, ANNE ARUNDEL COUNTY OFFICE OF LAW, Annapolis, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clifford B. Mee appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion to amend his complaint. We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Mee v. Hubbard, No. CA-02-1750-MJG (D. Md. Feb. 3, 2003; filed Mar. 25, 2003 & entered Mar. 26, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED